Donald C. Thomas
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 279-3581
Facsimile: (907) 277-1331
Email      dct@delaneywiles.com

Steven J. Brodie (Admitted *Pro Hac Vice*)
CARLTON FIELDS JORDEN BURT
Miami Tower, 100 SE Second Street, Suite 4200
Miami, Florida 33131-2113
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Email:     sbrodie@carltonfields.com

Mark A. Neubauer (73728) (Admitted *Pro Hac Vice*)
CARLTON FIELDS JORDEN BURT, LLP
2000 Avenue of the Stars, Suite 530 North Tower
Los Angeles, California 90067-4707
Telephone: (310) 843-6300
Facsimile: (310) 843-6301
Email:     mneubauer@carltonfields.com

Attorneys for Defendant National Union Fire
Insurance Company of Pittsburgh, Pa.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| AFOGNAK NATIVE CORPORATION,<br><br>      Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>      Defendant. | Case No.: 3:17-cv-00012-JWS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Afognak Native Corporation ("Afognak") and National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") hereby stipulate, subject to Court Order, to the dismissal of the entire action with prejudice, including the Complaint and Counterclaim, with each party bearing its own respective attorneys' fees and costs.

Dated: December 28, 2017

PERKINS COIE LLP
James N. Leik
Jeff J. Bowen
Jesse Jonas Bair.
Timothy Wilson Burns

By: /s/ James N. Leik (Consent)
    JAMES N. LEIK
Attorneys for Plaintiff Afognak Native Corporation


DELANEY WILES, INC.
Donald C. Thomas

CARLTON FIELDS JORDEN BURT
Steven J. Brodie

CARLTON FIELDS JORDEN BURT, LLP
Mark A. Neubauer


By: /s/ Mark A. Neubauer
    MARK A. NEUBAUER
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

# [PROPOSED] ORDER

Having considered the Joint Stipulation of Dismissal with Prejudice filed by the parties and good cause appearing therefor, it is hereby ordered that:

1. This Action, including both the Complaint and Counterclaim, is hereby dismissed with prejudice;
2. Each party shall bear its own attorneys' fees and costs; and
3. The Clerk is directed to CLOSE this case.

SO ORDERED.

_____

John W. Sedwick
Senior Judge
United States District Court

3
*Afognak Native Corp. v. Nat'l Union Fire Ins. Co*
Case No. 3:17-cv-00012-JWS
113411990.3 Case 3:17-cv-00012-JWS   Document 52   Filed 12/28/17   Page 3 of 4

## CERTIFICATE OF SERVICE

This certifies that I am an authorized agent of Carlton Fields Jorden Burt, LLP for service of papers, and that on December 28, 2017, a copy of the foregoing document was served electronically upon:

James N. Leik, Esq.
Perkins Coie, LLP
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501-1981
Email: jleik@perkinscoie.com

Jeff J. Bowen, Esq.
Jesse Jonas Bair, Esq.
Timothy Wilson Burns, Esq.
Perkins Coie LLP (WI)
One E. Main Street #201
Madison, WI 53703-5118
Email    JBowen@perkinscoie.com
           jbair@perkinscoie.com
           tburns@perkinscoie.com

/s/ Mark A. Neubauer

4
*Afognak Native Corp. v. Nat'l Union Fire Ins. Co*
Case No. 3:17-cv-00012-JWS
113411990.3 Case 3:17-cv-00012-JWS   Document 52   Filed 12/28/17   Page 4 of 4